## CONCLUSION

We have considered all of Cassiliano's contentions on this appeal and have found in them no basis for reversal. The judgment of conviction is affirmed.

**Patricia CHEW, Individually and as Administratrix of the Estate of Daren Chew, deceased and William Chew, Plaintiffs–Appellants,**

v.

**Bent DIETRICH, Defendant–Appellee.**

**No. 730, Docket 97–7476.**

United States Court of Appeals,
Second Circuit.

Argued Oct. 20, 1997.

Decided April 1, 1998.

John A. Ciraldo, Perkins, Thompson, Hinckley & Keddy (David B. McConnell, on brief) Portland, ME, for Appellants.

Cary R. Wiener, Kirlin, Campbell & Keating (Brett M. Popolow, Richard H. Sommer, on brief), New York City, for Appellee.

Before: WINTER, Chief Judge,
MESKILL, Circuit Judge, and MARTIN,*
District Judge.

* Hon. John S. Martin, Jr. of the United States District Court for the Southern District of New

**In re Susanne GUTPELET, Debtor,**

**Susanne Gutpelet, Appellant.**

**No. 97–1148.**

United States Court of Appeals,
Third Circuit.

Argued Dec. 12, 1997.

Decided March 3, 1998.

York, sitting by designation.